```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```
J.S., ON BEHALF OF HIS MINOR CHILD Z.S.,

        Plaintiff,

                                **ORDER**

  -against-                         Case No. CV-06-0298(FB)(RER)

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendant.

```
------------------------------------------------------------x
```

*Appearances:*
*For the Plaintiff:*           *For the Defendant:*
AARON TYK, Esq.                MICHAEL CARDOZO
1651 47th Street               Corporation Counsel
Brooklyn, NY 11204             By: ABIGAIL GOLDENBERG, Esq.
                               Assistant Corporation Counsel
                               New York City Law Department
                               100 Church Street
                               New York, NY 10007

**BLOCK, Senior District Judge:**

        By order to show cause dated January 24, 2006, plaintiff J.S., on behalf of his minor child, Z.S., moved pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1412 *et seq.*, for an injunction requiring defendant New York City Department of Education (the "DOE") to evaluate Z.S.'s need for special education services and draft an Individualized Education Plan ("IEP") within a time frame to be set by the

Court. A hearing on the order to show cause was held on February 17, 2006, during which the DOE stipulated to provide the relief sought in the order to show cause by March 2, 2006. Accordingly, the motion for an injunction is denied as moot.

**SO ORDERED.**

FB

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
March 29, 2006